```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

|  |  |  |
|---|---|---|
| WILLIAM NIEVES, | : | |
| Petitioner, | : | Civil No. 11-6502 (RBK) |
| v. | : | |
| UNITED STATES OF AMERICA, et al., | : | **ORDER** |
| Respondents. | : | |

For the reasons set forth in the accompanying Opinion filed on this date,

IT IS on this __18th__ day of __May__, 2012,

ORDERED that the Petition for a Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2241 is hereby DENIED; and it is further

ORDERED that the Clerk of the Court shall mark this matter closed.

                                    s/Robert B. Kugler
                                    ROBERT B. KUGLER
                                    United States District Judge